1034

[No. 5935–1. Division One. March 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD McDOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 2561, Howard A. Patrick, J., entered August 19, 1977. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Williams, JJ.

[No. 6070–1. Division One. March 19, 1979.]

JOHN ACHESON, JR., ET AL, *Appellants,* v. ROBERT HANSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 820901, Donald M. Niles, J. Pro Tem., entered October 13, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen and Dore, JJ.

[No. 6121–1. Division One. March 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK JACK CHAPMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9612, Byron L. Swedberg, J., entered September 30, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen and Ringold, JJ.

[No. 6200–1. Division One. March 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ARTIS BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83137, George H. Revelle, J., entered January 5, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Swanson, JJ.